UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-107-D-RN-1

UNITED STATES OF AMERICA

v.

**ORDER TO SEAL**

CHRISTOPHER DEON RICHARDSON

On motion of the Defendant, Christopher Deon Richardson, and for good cause shown, it is hereby ORDERED that [DE 67] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This ___17___ day of May, 2024.

_____
JAMES C. DEVER III
United States District Judge